A. E. Bjork, appellee, v. Frank Waikasas and Mary Waikasas, appellants. Gen. No. 31,764.
Action on contract for house repairs. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 10, 1927.
Hermann P. Haase, for appellants. No appearance for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Charles C. Bellante, trading as Charles C. Bellante & Company, appellee, v. Andrew John Swanson, appellant. Gen. No. 31,773.
Action for realty broker's commission. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.
Harry A. Goldsmith, for appellant. Leesman, Roemer & Schnell, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Robert H. Holmes, appellant, v. Harrison & Riedy, appellee. Gen. No. 31,834.
Action for attorney's fees. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 10, 1927.
Robert H. Holmes, pro se. Fred J. Crowley, for appellee; Clyde C. Fisher, of counsel.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Charles Sincerb et al., appellees, v. B. A. Ciesluk, appellant. Gen. No. 31,864.
Action on account stated. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.
Maurice A. Barancik and L. L. Richmond, for appellant; Lyle L. Richmond, of counsel. Mayer, Meyer, Austrian & Platt, for appellees.
Mr. Presiding Justice Matchett delivered the opinion of the court.